IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>PRESTON STEELE,<br><br>                    Defendant. | CASE NO.  1:16-po-00023-SAB<br><br>ORDER DENYING MOTION TO DISMISS, VACATING ALL DATES AND DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION |

On May 26, 2016, Plaintiff filed a motion to dismiss this action because it had been incorrectly entered into the Eastern District of California's database.  The violation notice has been paid in full and the matter is now closed in the Central Violations Bureau database.  The Court finds that this action should not be dismissed but should be administratively closed due to the fact the defendant has paid the violation in full.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion to dismiss is denied;

2.      All dates in this action are vacated; and

3.      The Clerk of the Court is directed to administratively close this action.

IT IS SO ORDERED.

Dated:    **May 26, 2016**

_____

UNITED STATES MAGISTRATE JUDGE

1